# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| GEORGE LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., DBA CHIPOTLE 1960 GARDENA; and DOES 1 through 10, inclusive,; and DOES 1-10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-02156-JFW (PLAx)**<br>Assigned to Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

　　Based on the stipulation of the parties and for good cause shown:

　　IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

　　SO ORDERED.

DATED: December 20, 2018　　　　　　　　　_/s/ John F. Walter_
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1